IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

**MERA SEGOVIA , JENY AKA ZABALA JENNY D.**

Debtor(s)

Case No.: 03-01983 SEK

Chapter: 7

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| Household goods | $2,000.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| Wearing apparel | $500.00 | $0.00 | $500.00 | $0.00 | $0.00 |
| 1999 Volskwagen Beetle | $10,950.00 | $0.00 | $10,950.00 | $0.00 | $0.00 |

Documents Included: Appraisal ( ) Creditors Statement ( ) Proof of Lien ( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AND PARTIES IN INTEREST AS PER THE MASTER ADDRESS LIST.
Reasons for abandonment:

1) Property has no value or is burdensome to the Estate. No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fifteen (15) days of the mailing of this notice.

DATED : April 23, 2003

Wilfredo Segarra
PO Box 9023385
San Juan, PR 0902--3385
787-725-6160

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
### DIRECTORIA DE SERVICIOS AL CONDUCTOR

# CERTIFICADO DE TITULO

```
05abr2001 09:49:20        0387-0811-4536-000000000
```

| NUMERO DE TITULO | FECHA EXPEDICION | NUMERO DE REGISTRO | FECHA REGISTRO |
|---|---|---|---|
| A 2064742 | 05abr2001 | 5809592 | 05abr2001 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | NUM. CILINDROS |
|---|---|---|---|---|
| 3VWBC21C1XM427373 | volkswagen | beetle/super beetl | 1999 | 04 |

| CAP CARGA | PESO | NUEVO USADO | TITULO ANTERIOR | ESTADO | ODOMETRO | COLOR |
|---|---|---|---|---|---|---|
| 0# | 0# | Usado | Titulo | NY | 18,003 | negro |

**NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL:**

```
Nombre: MERH, JENNY D.
Ident:  ssid 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
Resid:  BO CANDELARIA
        CARR 2 KM16,7
        TOA BAJA, PR 00949

Postal: HC-01 PO BOX #9002
        TOA BAJA, PR 00949
```

ESTE ES SU
TITULO DE PROPIEDAD.
CONSERVELO EN
SITIO SEGURO.

**GRAVAMENES**

PRIMER GRAVAMEN (VENTA CONDICIONAL)

FECHA
DIA-MES-AÑO

SEGUNDO GRAVAMEN (OTROS)

**CANCELACION GRAVAMEN**

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA, CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS (2) FIRMAS)

PRIMER GRAVAMEN _____  FECHA _____  FIRMA AUTORIZADA _____

SEGUNDO GRAVAMEN _____  FECHA _____  FIRMA AUTORIZADA _____

NUMERO CONTROL
**A-4177057**

SECRETARIO DTOP
O REPRESENTANTE AUTORIZADO

NO ES VALIDO SI ALTERADO



## 2002 VOLKSWAGEN NEW BEETLE  Código del Fabricante: 940

**CATEGORÍA DEL MILLAJE: B**  [PRECIOS INC. AC]

* AÑADIR * 550 AUTO TRANS   * DEDUCIR *
  400 PWR SUNROOF - GLS
  500 LEATHER - GLS
  200 ALUM WHEELS - GLS

| PRÉSTAMO | UVC | VIN# | MSRP | DESCRIPCIÓN | AL POR MAYOR LIMPIO | NORMAL | AL DEDAL LIMPIO | NORMAL |
|---|---|---|---|---|---|---|---|---|
| 10605 | 120 | B*21C | 15900 | 2D BEETLE GL | 11400 | 10400 | 14025 | 12700 |
| 11625 | 121 | C*21C | 16850 | 2D BEETLE GLS | 12400 | 11400 | 15075 | 13750 |
| 12135 | 122 | CP21C | 17900 | 2D BEETLE GLS TDI | 12900 | 11900 | 15600 | 14275 |
| 12440 | 139 | CD21C | 19200 | 2D BEETLE GLS TBO | 13400 | 12200 | 16125 | 14600 |
| 12950 | 164 | ED21C | 20250 | 2D BEETLE SPORT | 13900 | 12700 | 16650 | 15125 |
| 13230 | 137 | DD21C | 21500 | 2D BEETLE GLX | 14175 | 12975 | 16950 | 15400 |
| 13870 | 170 | FE21C | 23400 | 2D BEETLE TURBO S | 14800 | 13600 | 17600 | 16075 |

## 2001 VOLKSWAGEN NEW BEETLE  Código del Fabricante: 940

**CATEGORÍA DEL MILLAJE: B**  [PRECIOS INC. AC]

* AÑADIR * 500 AUTO TRANS   * DEDUCIR *
  350 PWR SUNROOF - GLS
  450 LEATHER - GLS
  175 ALUM WHEELS - GLS

| 8975 | 120 | B*21C | 15900 | 2D BEETLE GL | 9800 | 8800 | 12325 | 10950 |
|---|---|---|---|---|---|---|---|---|
| 9995 | 121 | C*21C | 16850 | 2D BEETLE GLS | 10800 | 9800 | 13400 | 12050 |
| 10403 | 122 | CP21C | 17900 | 2D BEETLE GLS TDI | 11200 | 10200 | 13825 | 12500 |
| 10710 | 139 | C*21C | 19000 | 2D BEETLE GLS TBO | 11700 | 10500 | 14350 | 12825 |
| 11115 | 164 | E*21C | 20250 | 2D BEETLE SPORT | 12100 | 10900 | 14775 | 13225 |
| 11805 | 137 | D*21C | 21175 | 2D BEETLE GLX | 12775 | 11575 | 15475 | 13950 |

## 2000 VOLKSWAGEN NEW BEETLE  Código del Fabricante: 940

**CATEGORÍA DEL MILLAJE: B**  [PRECIOS INC. AC]

* AÑADIR * 450 AUTO TRANS   * DEDUCIR *
  300 PWR SUNROOF - GLS
  400 LEATHER - GLS
  150 ALUM WHEELS - GLS

| 7675 | 120 | B*21C | 15900 | 2D BEETLE GL | 8750 | 7600 | 11175 | 9650 |
|---|---|---|---|---|---|---|---|---|
| 8685 | 139 | C*21C | 16850 | 2D BEETLE GLS | 9750 | 8600 | 12275 | 10750 |
| 9090 | 122 | CF21C | 17900 | 2D BEETLE GLS TDI | 10150 | 9000 | 12725 | 11225 |
| 9190 | 121 | CD21C | 19000 | 2D BEETLE GLS TBO | 10450 | 9100 | 13025 | 11325 |
| 10425 | 137 | DD21C | 21075 | 2D BEETLE GLX | 11675 | 10325 | 14325 | 12625 |

256

## 1999 VOLKSWAGEN NEW BEETLE  Código del Fabricante: 940

**CATEGORÍA DEL MILLAJE: B**  [PRECIOS INC. AC]

* AÑADIR * 400 AUTO TRANS   * DEDUCIR *
  250 PWR SUNROOF EXC GLX
  350 LEATHER - EXC GLX
  125 ALUM WHEELS - GLS

| PRÉSTAMO | UVC | VIN# | MSRP | DESCRIPCIÓN | AL POR MAYOR LIMPIO | NORMAL | AL DEDAL LIMPIO | NORMAL |
|---|---|---|---|---|---|---|---|---|
| 6435 | 120 | B**1C | 15900 | 2D BEETLE GL | 7825 | 6375 | 10150 | 8300 |
| 7245 | 121 | B**1C | 16850 | 2D BEETLE GLS | 8625 | 7175 | 11050 | 9200 |
| 7750 | 122 | CF*1C | 17900 | 2D BEETLE GLS TDI | 9125 | 7675 | 11625 | 9725 |
| 7850 | 139 | CD21C | 19000 | 2D BEETLE GLS TBO | 9425 | 7775 | 11925 | 9825 |
| 8985 | 137 | DD21C | 20900 | 2D BEETLE GLX | 10550 | 8900 | 13150 | 11050 |

## 1998 VOLKSWAGEN NEW BEETLE  Código del Fabricante: 940

**CATEGORÍA DEL MILLAJE: B**  [PRECIOS INC. AC]

* AÑADIR * 350 AUTO TRANS   * DEDUCIR *
  200 POWER SUNROOF
  200 CONVENIENCE PACKAGE
  300 LEATHER
  200 SPORT PACKAGE

| 5690 | 116 | BB*1C | 15200 | 2D BEETLE | 7300 | 5750 | 9600 | 7600 |
|---|---|---|---|---|---|---|---|---|
| 6085 | 117 | BF*1C | 16475 | 2D BEETLE TDI | 7700 | 6150 | 10025 | 8075 |

## 2002 VOLKSWAGEN CABRIO  Código del Fabricante: 940

**CATEGORÍA DEL MILLAJE: C**  [PRECIOS INC. AC]

* AÑADIR * 550 AUTO TRANS   * DEDUCIR *

| 13055 | 001 | BC21V | 19600 | CONVERTIBLE GL | 13600 | 12800 | 16425 | 15300 |
|---|---|---|---|---|---|---|---|---|
| 13970 | 103 | CC21V | 20600 | CONVERTIBLE GLS | 14600 | 13700 | 17475 | 16250 |
| 15500 | 149 | DC21V | 22300 | CONVERTIBLE GLX | 16200 | 15200 | 19225 | 17900 |

## 2001 VOLKSWAGEN CABRIO  Código del Fabricante: 940

**CATEGORÍA DEL MILLAJE: C**  [PRECIOS INC. AC]

* AÑADIR * 500 AUTO TRANS   * DEDUCIR *

| 11420 | 001 | BC12V | 19600 | CONVERTIBLE GL | 12000 | 11200 | 14750 | 13625 |
|---|---|---|---|---|---|---|---|---|
| 12340 | 103 | CC21V | 20600 | CONVERTIBLE GLS | 13000 | 12100 | 15800 | 14575 |
| 13565 | 149 | DC21V | 22300 | CONVERTIBLE GLX | 14200 | 13300 | 17050 | 15825 |

## 2000 VOLKSWAGEN CABRIO  Código del Fabricante: 940

**CATEGORÍA DEL MILLAJE: C**  [PRECIOS INC. AC]

* AÑADIR * 450 AUTO TRANS   * DEDUCIR *
  150 PWR PKG - EXC GLS

| 9795 | 001 | CC21V | 19990 | CONVERTIBLE GL | 10700 | 9700 | 13375 | 12025 |
|---|---|---|---|---|---|---|---|---|
| 10905 | 103 | DC21V | 23300 | CONVERTIBLE GLS | 11900 | 10800 | 14625 | 13200 |

257