

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> MERA SEGOVIA, JENY AKA **ZABALA JENNY D.** <br><br> DEBTOR(S) | CASE NUMBER: 03-01983 SEK <br> JUDGE: SARA DE JESUS <br><br> (CHAPTER 7) |
|---|---|

## TRUSTEE'S REPORT OF NO DISTRIBUTION

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned, Trustee of the estate of the above-named debtor, reports that he has neither received any property nor paid any money on account of this estate; that he has made a diligent inquiry into the whereabouts of property belonging to the estate; that any non-exempt property and scheduled property not disposed of by previous Order of this Court is burdensome or of inconsequential value to the estate and should be deemed abandoned upon closing of this case pursuant to 11 U.S.C. §554 (c); and that there are no assets in the estate over and above the exemptions claimed by the Debtor to which the Trustee has no objection. Scheduled assets not claimed as exempt, if any, are found to be without value to the general creditors of the estate and are abandoned.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor has been fully administered.

WHEREFORE, the Trustee prays that this report be approved and that the said estate be closed; that the Trustee be discharged from and relieved of his trust; and that the bond of said Trustee be canceled and the surety or sureties thereon be released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

DATED: 4/25/03

Wilfredo Segarra, Trustee