IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MERA SEGOVIA, JENNY D

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

    Debtor(s)

CASE NO. 03-01983 SEK

Chapter 7

**NOTICE**

    You are hereby notified that the Trustee appointed in this case has filed a Report of No Distribution.

    You must file any objections you may have to said report in writing, within thirty (30) days from notice of this Notice, and notify the objection to the U. S. Trustee, the Trustee and the Debtor(s).

    Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, if no timely objection is filed by any party in interest, the Court may enter an order discharging the Trustee, canceling his bond and closing the case pursuant to 11 U.S.C. Section 350(a).

    San Juan, Puerto Rico, this 3rd. day of June 2003.

                                 CELESTINO MATTA-MENDEZ, CLERK
                                 UNITED STATES BANKRUPTCY COURT

                                 By: Elsie Badillo
                                    Deputy Clerk

cc:  all creditors
       f/up

